NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH HOPE NORTH, | No. 14-55509 |
| Plaintiff-Appellant, | D.C. No. 8:13-cv-01347-GW-AGR |
| v. | |
| BANK OF AMERICA, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
George H. Wu, District Judge, Presiding

Submitted February 14, 2017**

Before:    GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

Elizabeth Hope North appeals pro se from the district court's judgment

dismissing her diversity action alleging state law claims related to foreclosure

proceedings.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

abuse of discretion a denial of leave to amend a complaint. *Zucco Partners, LLC v. Digimarc Corp.*, 552 F.3d 981, 989 (9th Cir. 2009). We affirm.

The district court did not abuse its discretion in dismissing North's action without granting further leave to amend because further amendment would be futile. *See id.* at 1007 (explaining that a district court's discretion to deny leave to amend is particularly broad where plaintiff has failed to cure deficiencies by previous amendments).

Appellees' request for judicial notice, filed on December 4, 2014, is denied as unnecessary.

**AFFIRMED.**

14-55509